# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THOR TECH INC., et al., :

               Case No. 3:06cv24

    Plaintiff,

               Judge Walter Herbert Rice

  -vs- :

SEIRUS INNOVATIVE
ACCESSORIES, INC.,

    Defendant. :

## DISMISSAL ORDER

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution.

August 23, 2007

                              WALTER HERBERT RICE, JUDGE
                              UNITED STATES DISTRICT COURT